# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **Kirsten Chrzan,** | ) | Case No. 1:23-CV-01822 |
| | ) | |
| **Plaintiff,** | ) | Judge David A. Ruiz |
| | ) | Magistrate Judge Thomas M. Parker |
| vs. | ) | |
| | ) | |
| **Erie Insurance,** | ) | **DEFENDANT ERIE INSURANCE** |
| | ) | **COMPANY'S CROSS-CLAIM** |
| **Defendant,** | ) | **AGAINST NEW-PARTY DEFENDANT** |
| | ) | **CARESOURCE** |
| vs. | ) | |
| | ) | (*Jury Demand Endorsed Hereon*) |
| **CareSource** | ) | |
| **230 N. Main Street** | ) | |
| **Dayton, OH 45402,** | ) | |
| | ) | |
| **and** | ) | |
| | ) | |
| **CareSource** | ) | |
| **c/o Corporation Service Company** | ) | |
| **3366 Riverside Drive, Suite 103** | ) | |
| **Upper Arlington, OH 43221,** | ) | |
| | ) | |
| **New-Party** | ) | |
| **Defendant.** | ) | |

Defendant/Cross-Claimant Erie Insurance Company, states the following for its Cross-Clam against New-Party Defendant CareSource:

## COUNT ONE

1. Plaintiff allegedly sustained bodily injuries from an automobile accident that occurred on May 29, 2022.

2. Plaintiff has filed this lawsuit seeking to recover damages resulting from her bodily injuries.

3. At the time of the foregoing accident, Plaintiff was a participant in a health care plan and/or otherwise entitled to health care benefits from CareSource.

4. CareSource allegedly paid for some of Plaintiff's medical expenses.

5. While denying all liability for Plaintiff's claims, this Defendant/Cross-Claimant states that CareSource has paid benefits to Plaintiff for medical expenses and other additional benefits as a result of the May 29, 2022, accident at issue.

6. While denying all liability for Plaintiff's claims, this Defendant/Cross-Claimant states that CareSource alleges that it is a subrogated party for the medical expenses and other benefits they have paid and are paying to Plaintiff.

7. Defendant/Cross-Claimant Erie Insurance Company contests whether the accident at issue proximately caused all of the medical treatments paid by CareSource, and also contests whether all of the medical treatments rendered to Plaintiff were reasonably necessary.

8. Defendant/Cross-Claimant Erie Insurance Company contests whether the charges, costs, and expenses for Plaintiff's medical treatments were reasonable, customary, and proximately caused by the accident at issue.

9. To the extent CareSource paid for medical services allegedly caused by the May 29, 2022, accident at issue, CareSource is the real party at interest and must be joined to this case in order to protect its interest.

10. By virtue of its subrogated interest, CareSource is a necessary and indispensable party under Civ. R. 19 and, therefore, is being joined to this action so that it may protect and/or pursue its subrogation interest.

11. CareSource's failure to protect and/or pursue its subrogated interest constitutes a waiver of their subrogation claim against Defendant/Cross-Claimant Erie Insurance Company.

WHEREFORE, Defendant/Cross-Claimant Erie Insurance Company demands that New-Party Defendants CareSource appear and protect its interest, or otherwise forfeit and/or waive its interest in the outcome of this case. Further, Defendant/Cross-Claimant Erie Insurance Company prays for judgment in its favor against CareSource, along with reimbursement for all legal fees and costs incurred against CareSource.

Respectfully submitted,

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH  44333
Telephone:  (330) 670-7324
Facsimile:   (330) 670-7440
Email:  kcalderone@hcplaw.net
*Attorney for Defendant Erie Insurance Company*

## JURY DEMAND

Defendant Erie Insurance Company demands a full trial by jury on all issues in this matter.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
*Attorney for Defendant Erie Insuarnce Company*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2023, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Kenneth A. Calderone*
Kenneth A. Calderone (0046860)
*Attorney for Defendant Erie Insuarnce Company*

HCP #1307961