IT IS SO ORDERED.

/s *David A. Ruiz*

U.S. District Judge

4/23/2024

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KIRSTEN CHRZAN, | ) | CASE NO. 1:23-CV-01822 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAVID A. RUIZ |
| | ) | |
| v. | ) | **JOINT STIPULATED NOTICE OF** |
| | ) | **DISMISSAL *WITH PREJUDICE*** |
| ERIE INSURANCE, | ) | |
| | ) | |
| DEFENDANT. | ) | |

Now come the parties, by and through undersigned counsel, and respectfully notify this Court that they are stipulating to a dismissal of this action, *with prejudice*. Costs to Defendant.

Respectfully submitted,

*/s/ Kenneth A. Calderone* (via consent)
_____
Kenneth A. Calderone (0046860)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
Telephone: (330) 670-7324
Facsimile: (330) 670-7440
Email: kcalderone@hcplaw.net

Attorney for Defendant
*Erie Insurance Company*

*/s/ Jeffrey M. Heller*
_____
Jeffrey M. Heller, Esq. (0087795)
NURENBERG, PARIS, HELLER &
MCCARTHY CO., LPA
600 Superior Avenue E., Suite 1200
Cleveland, OH 44114
P: 216.621.2300
F: 216.771.2242
E: jheller@nphm.com

Attorney for Plaintiff
*Kirsten Chrzan*